```
1  ROBERT F. KANE (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3  (415) 982-1510

4  Attorneys for Plaintiffs and Counter-defendants
   LELAND BRAY and ARLINE BRAY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND BRAY and ARLINE BRAY,<br><br>　　Plaintiffs,<br><br>vs.<br><br>DAVID PRUETT, et al.<br><br>　　Defendants.<br>_____/<br><br>AND RELATED COUNTER-CLAIM<br>_____/ | NO. C06-4970 SC<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action including the complaint and the counter-claim be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 5/4/07

_____     _____
LELAND BRAY                          ROBERT F. KANE
                                     Attorney for Plaintiffs and
                                     Counter Defendants
                                     Leland Bray and Arline Bray

_____
ARLINE BRAY

//

**IT IS SO ORDERED**
/s/ Samuel Conti
Judge Samuel Conti

STIPULATION OF DISMISSAL

```
 1  Dated: July 11 2007
 2
 3  _____            _____
    DAVID PRUETT                      PAUL A. MATTEONI
 4                                    Attorney for Defendants and
                                      Counter-claimants
 5                                    David Pruett and
                                      Hall Moley Corporation
 6
 7  _____
    DAVID PRUETT
 8  President of Hall Moley Corporation
```

2

STIPULATION OF DISMISSAL